Frederick J. Hickman (Bar #124406)
 fhickman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900; Fax: (626) 577-7764

Attorneys for Defendant
WACHOVIA MORTGAGE, a division of
WELLS FARGO BANK, N.A., f/k/a
WACHOVIA MORTGAGE, FSB, f/k/a
WORLD SAVINGS BANK, FSB
("Wells Fargo Bank")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM KENNEDY,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.;<br>BARBARA ZAVALA; MERS; and DOES<br>1 THROUGH 100,<br><br>  Defendants. | Case No. 3:11-CV-00675-MMC<br><br>[Hon. Maxine M. Chesney, Judge]<br><br>[PROPOSED] ORDER<br>STIPULATION TO CONTINUE HEARINGS<br>ON MOTION TO DISMISS AND MOTION TO STRIKE |

   WHEREAS Defendant, Wells Fargo Bank, N.A., has filed a Motion to Dismiss and a Motion to Strike which are to be heard on April 22, 2011;

   WHEREAS Plaintiff, in pro se, has advised defendant's counsel that he did not receive the moving papers until the week of April 4, 2011; and

   WHEREAS plaintiff represents that he does not have enough time to prepare a response to the motions.

IT IS HEREBY STIPULATED by the parties that the hearing on the Motion to Dismiss and the Motion to Strike may be continued to May 20, 2011 and that plaintiff's responses to the pending motions shall be due on or before April 29, 2011.

Dated: April 11, 2011

Respectfully submitted,

By: _____
William Kennedy, in pro se

Dated: April 11, 2011

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

By: _____
Frederick J. Hickman
fhickman@afrct.com
Attorneys for Defendant
WACHOVIA MORTGAGE, a division of
WELLS FARGO BANK, N.A., f/k/a
WACHOVIA MORTGAGE, FSB, f/k/a
WORLD SAVINGS BANK, FSB
("Wells Fargo Bank")

|   |   |
|---|---|
| 1 | ORDER |
| 2 | FOR GOOD CAUSE SHOWN, the hearing on the motions brought by Wells Fargo Bank to |
| 3 | Dismiss the Complaint pursuant to Federal Rule of Civil Procedure Section 12(b)(6) and to Strike |
| 4 | Portions of the Complaint shall be continued from April 22, 2011 to May 20, 2011 and Plaintiff's |
| 5 | response to these motions shall be due on or before April 29, 2011. |
| 6 | Pursuant to Civil Local Rule 7-3(c), defendants' reply, if any, shall be filed no later than May 6, 2011. |

Dated:   April 15, 2011

_____
United States District Judge