IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KENNEDY,<br><br>      Plaintiff,<br>  v.<br><br>WELLS FARGO BANK, N.A.; et al.,<br><br>      Defendants<br>_____ / | No. C. 11-0675 MMC |
| WILLIAM KENNEDY,<br><br>      Plaintiff,<br>  v.<br><br>WACHOVIA MORTGAGE; et al.,<br><br>      Defendants | No. C. 11-1357 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCES; DEEMING DEFENDANTS' MOTIONS IN CASE NO. 11-1357 WITHDRAWN WITHOUT PREJUDICE** |

In light of the Court's order of May 13, 2011, dismissing the complaint in Case No. C 11-0675, with leave to amend by June 3, 2011,[1] the Case Management Conference scheduled for May 27, 2011 is hereby CONTINUED, in both of the above-titled related cases, to August 26, 2011, at 10:30 a.m.  A joint case management conference statement shall be filed no later than August 19, 2011.

**IT IS SO ORDERED.**

Dated:  May 24, 2011

                                          MAXINE M. CHESNEY
                                          United States District Judge

---

[1] Similar motions to dismiss and strike, filed in Case No. 11-1357, were not renoticed following reassignment to the undersigned, and, accordingly, are hereby deemed withdrawn without prejudice.