United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KENNEDY,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO BANK, N.A.; BARBARA ZAVALA; MERS; and DOES 1 THROUGH 100, et al.,<br><br>　　　　Defendants<br>_____ / | No. C-11-675 MMC<br><br>**ORDER CONTINUING NOVEMBER 18, 2011 CASE MANAGEMENT CONFERENCE TO JANUARY 27, 2012; DENYING WELLS FARGO'S REQUEST TO APPEAR TELEPHONICALLY** |

　　　　Before the Court is the Case Management Statement of defendant Wells Fargo Bank, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), filed November 10, 2011. Also before the Court is Wells Fargo's "Request for Permission to Appear Telephonically at the Case Management Conference," filed November 14, 2011. By order issued October 25, 2011, the Court dismissed plaintiff William Kennedy's ("Kennedy") Second Amended Complaint and granted Kennedy leave to file a Third Amended Complaint by November 18, 2011.

　　　　In light of the above, the Court hereby CONTINUES the Case Management Conference from November 18, 2011 to January 27, 2012. Further, the Case

//
//

Management Conference having been continued, Wells Fargo's motion to appear telephonically at said conference is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated:  November 15, 2011

MAXINE M. CHESNEY
United States District Judge