IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KENNEDY, | No. C 11-675 MMC |
| Plaintiffs, | **ORDER CONTINUING JANUARY 27, 2012 CASE MANAGEMENT CONFERENCE TO FEBRUARY 24, 2012** |
| v. | |
| WELLS FARGO BANK, N.A.; BARBARA ZAVALA; MERS; and DOES 1 THROUGH 100, et al., | |
| Defendants | |

In light of the pending Motion to Dismiss, the Case Management Conference currently scheduled for January 27, 2012 is hereby CONTINUED to February 24, 2012.

**IT IS SO ORDERED.**

Dated: January 19, 2011

MAXINE M. CHESNEY
United States District Judge