1  Timothy S. O'Hara SBN -083893
   1611 Borel Place #6
   San Mateo, CA 94402
2  Tel. 650-212-1800
   Fax. 650-212-1801
3  e-mail: ohara.tim@sbcglobal.net

4

5  Attorney for Inter-Ocean Seafood Trader, Inc.

6

7

8

9

10  UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

11  SAN FRANCISCO DIVISION

12  INTER-OCEAN SEAFOOD TRADER, INC. )   No. CV 11-0675 JCS
                                    )
13         Plaintiff,               )   STIPULATION FOR FILING SECOND
                                    )   AMENDED COMPLAINT AND
14                                  )   (PROPOSED) ORDER
           v.                       )
15                                  )
                                    )
16  RF INTERNATIONAL, LTD.,         )
                                    )
17         Defendant.               )

18

19  The undersigned stipulate that the court order that plaintiff, Inter-Ocean Seafood Trader,

20  Inc., may file a Second Amended Complaint in this action.

21  Defendant, RF International, Ltd., has 21 days from the date of filing and service of the

22  Second Amended Complaint to answer or otherwise respond to it.

23  Date: Jan 20, 2012          Date: 1/20/12

24

25  _____    _____
26  Attorney for Inter-Ocean    Attorney for RF International, LTD.

27

28  STIPULATION AND (PROPOSED) ORDER
29

INTER-OCEAN SEAFOOD TRADER, INC. V RF INTERNATIONAL, LTD.
Case No. CV 11-0675 JCS

ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: 1/23/12



STIPULATION AND (PROPOSED) ORDER