IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM KENNEDY,

        Plaintiff,

v.

WELLS FARGO BANK, N.A., et al.,

        Defendants.

No. CV-11-0675 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Wells Fargo's motion for summary judgment is hereby GRANTED.

Dated: July 9, 2012

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk