IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KENNEDY,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, NA et al.,<br><br>    Defendants.<br>_____/ | No. C-11-0675 MMC<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS; DIRECTIONS TO CLERK** |

    Before the Court is plaintiff William Kennedy's application, filed August 8, 2012, to proceed in forma pauperis on appeal.

    Rule 24(a)(1) of the Federal Rules of Appellate Procedure requires that a party seeking to proceed in forma pauperis on appeal file an affidavit showing the party's "inability to pay or to give security for fees and costs," claiming "an entitlement to redress," and stating "the issues that the party intends to present on appeal." See Fed. R. App. P. 24(a)(1). Plaintiff fails to submit a statement of the issues he intends to present on appeal.

    Accordingly, the application to proceed in forma pauperis on appeal is DENIED.

    The Clerk is hereby directed to send a copy of the instant order to the Court of Appeals for the Ninth Circuit. Plaintiff is hereby advised he may file an application to proceed in forma pauperis with the Ninth Circuit. See Fed. R. App. P. 24(a)(5).

    **IT IS SO ORDERED.**

Dated: August 10, 2012

                                                   MAXINE M. CHESNEY
                                                 United States District Judge