IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KENNEDY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A.; BARBARA ZAVALA; MERS; and DOES 1-100,<br><br>　　　　Defendants.<br>_____/ | No. C 11-0675 MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT WELLS FARGO BANK, N.A.'S MOTION FOR AN AWARD OF ATTORNEYS FEES** |

　　　Before the Court is defendant Wells Fargo Bank, N.A.'s Motion for an Award of Attorneys' Fees, filed July 23, 2012.  Pursuant to the Civil Local Rules of this District, opposition was due no later than August 6, 2012.  See Civil L. R. 7-3(a) (providing opposition to motion must be served filed no later than 14 days after the motion is served and filed).  To date, no opposition has been filed.

　　　Accordingly, the Court deems the matter submitted on the moving papers and hereby VACATES the hearing scheduled for September 21, 2012.

　　　**IT IS SO ORDERED.**

Dated: September 19, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge